D. The Northampton Borough Police department has policies that promote racism, which violates statues under the Pennsilvania constitution Article 1. subsection 1. The department has supervised the two defendants, the department as a whole has failed to implement policies and guidelines which would have prevented the two officers from racially profiling the plaintiff. The department also failed to hold these officers accountable for their actions which violated the plaintiff's constitutional rights.

D.   Officer Dennis Smith being dully sworn under Pennsylvania law committed the acts of ethnic intimidation, title 18 2710, strangulation, title 18 2718, aggravated assault, title 18 2702, simple assault, title 18 2701 while attempting to apprehend Plaintiff Jonathan Rosado. By doing this officer Smith used excesive force on the plaintiff, thus violating the plaintiff's constitutional rights.

D.   Officer Matthew Bennicoff being dully sworn under Pennsylvania law committed the acts of ethnic intimidation, title 18 2710, aggravated assault, title 18 2702, simple assault, title 18 2701 while attempting to apprehend plaintiff Jonathan Rosado. By doing this Bennicoff used excesive force on the plaintiff, thus violating the plaintiff's constitutional rights.

D.   While attempting to apprehend plaintiff Jonathan Rosado officer Bennicoff excesivley tased plaintiff while he was facedown on the ground. Officer Smith arrived to the scene and also deployed his taser excesivley, before locking the plaintiff's legs and putting him in an illegal choke hold. At this time officer Bennicoff struck the plaintiff numerous times in the head and face and proceded to kick the plaintiff in the forehead.

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

Jonathan Rosado
_____
            *Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Northampton Borough Police Dept.
Officer Dennis Smith
Officer Matthew Bennicoff
_____
            *Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
              *(to be filled in by the Clerk's Office)*

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Jonathan Rosado_

All other names by which
you have been known: _____

ID Number _#13477_

Current Institution _Northampton County Jail_

Address _666 Walnut Street_

_Easton_ _PA._ _18042_
City — State — Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _Dennis Smith_

Job or Title (if known) _Northampton Borough Police Officer_

Shield Number _#4215_

Employer _Northampton Borough Police Dept._

Address _1401 Laubach Ave._

_Northampton_ _PA._ _18067_
City — State — Zip Code

[✓] Individual capacity [✓] Official capacity

Defendant No. 2

Name _Matthew Bennicoff_

Job or Title (if known) _Northampton Borough Police Officer_

Shield Number _#4880_

Employer _Northampton Borough Police Dept._

Address _1401 Laubach Ave._

_Northampton_ _PA._ _18067_
City — State — Zip Code

[✓] Individual capacity [✓] Official capacity

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name              Northampton Borough Police Department
    Job or Title *(if known)*
    Shield Number
    Employer
    Address              1401 Laubach Ave.
                      Northampton       PA.      18067
                      *City*            *State*       *Zip Code*

           [✓] Individual capacity   [✓] Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address
                      *City*            *State*       *Zip Code*

           [ ] Individual capacity   [ ] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

        [ ] Federal officials (a *Bivens* claim)

        [✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th, 8th, and 14th

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attached

III.    **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

IV.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

In the Borough of Northampton on the 1100 Block of Dewey Avenue.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Page 4 of 11

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

On August 15th 2020 at 0040 hours

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

See Attached

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Permanent disfigurement to left middle finger Nerve damage in left hand and wrist. Severe trauma to head and face area.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Damages in the amount of $2/00,000, defendant was making on average $20,000 a year, compensation is projected over a 20 year period. Open claim for all medical costs including any needed therapy for mental health needs caused by emotional trauma.

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

_____

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

_____

2.    What did you claim in your grievance?

_____

3.    What was the result, if any?

_____

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

incident occured outside of jail.
Grievance does not cover claim.

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: When I arrived to the Northampton County Jail I was seen by and treated for open cuts and wounds by a medical nurse I was also called to the leiutenant's office and pictures were taken of my face.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies I have not recieved full discovery in my case. I have a possible witness to the events that occured. I also have one more possible defendant. At this time both identity's are unknown pending receipt and inspection of discovery.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

 ✓ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.      Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.      If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)    _____

    Defendant(s)  _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☑ No

    If no, give the approximate date of disposition.  _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)        _____

Defendant(s)     _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition     _____

7.   What was the result of the case?  *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   1/17/2021

Signature of Plaintiff   *Jonathan Rosado*

Printed Name of Plaintiff   Jonathan Rosado

Prison Identification #   JL347

Prison Address   666 Walnut Street

Easton                        PA.        18042
    *City*                        *State*        *Zip Code*

### B.    For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

_____
    *City*        *State*        *Zip Code*

Telephone Number   _____

E-mail Address   _____



Jonathan Rosado #13177
Northampton County Jail
6060 Walnut Street
Easton, PA 18042

**INMATE MAIL**

This correspondence is from a
County Jail and the sender
is an inmate. The contents have not
been evaluated. Northampton County
Jail is not responsible for the
contents or debts incurred.

Federal Clerk of Courts
601 Market St. Philadelphia, pa
19106

1910E$1729 0019