UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JONATHAN ROSADO,<br>    Plaintiff, | : <br> : <br> : |  |
| v. | : <br> : | No. 5:21-cv-00515 |
| OFFICER DENNIS SMITH and OFFICER<br>MATTHEW BENNICOFF<br>    Defendants. | : <br> : <br> : |  |

**O R D E R**

**AND NOW**, this 26th day of January, 2022, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion for Summary Judgment, ECF No. 14, is **GRANTED**;

2. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff on all counts.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge